UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



U. S. DISTRICT COURT
DISTRICT OF VERMONT
9/17/2020
LAW
DEPUTY CLERK

Paul F. Reis

_____
Plaintiff(s)

vs.                          Civil Action No: 2:20-CV-143

Bellows Falls Union High School
Vt. Attorney General - TJ. Donavan
_____
Defendant(s)

### APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at Bellows Falls VT, Vermont, this _14_ day of _Sept_, 20_20_

_____
Plaintiff

(Rev. 3/12)